In the United States District Court

for the __Central__ District of __California__

**CR 13 333**

**FILED**
2013 MAY 23 A 9 09

**MAG**

United States of America

v.

Wal-Mart Stores, Inc.

Criminal No. CR 13-353

FILED
2013 MAY 20 PM 3: 14

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

I, __Wal-Mart Stores, Inc.__, defendant, have been informed that a __information__ (indictment, *information, complaint*) is pending against me in the above designated cause. I wish to plead __guilty__ (*guilty, nolo contendre*) to the offense charged, to consent to the disposition of the case in the __Northern__ District of __California__ in which I __am charged__ (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: __May 20__, __2013__ at __Los Angeles CA__

Wal-Mart Stores, Inc.
_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendant) Tammy M. Stafford

Approved

_____          _____
United States Attorney for the           United States Attorney for the
__Central__ District of                  __Northern__ District of
__California__                            __California__

FORM USA-153
SEP 82

FILED

2013 MAY 20  PM 3: 10

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CR 13 00353

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WAL-MART STORES, INC.,<br><br>    Defendant. | Case No. CR 13-_____<br><br>I N F O R M A T I O N<br><br>[33 U.S.C. §§ 1311(a) and 1319(c)(1)(A): Negligent Discharge of Pollutants Into a Publicly-Owned Treatment Works]<br><br>[Class A Misdemeanor] |

The United States Attorney charges:

COUNT ONE

[33 U.S.C. §§ 1311(a) and 1319(c)(1)(A)]

Between on or about January 1, 2003, through on or about December 31, 2003, in Los Angeles, San Bernardino, Riverside, Orange, Ventura, Santa Barbara, and San Luis Obispo Counties, within the Central District of California, defendant WAL-MART STORES, INC. negligently discharged pollutants, namely, corrosive and hazardous liquid wastes, from the premises of multiple retail

//

//

JOJ:joj

1  stores located within Los Angeles, San Bernardino, Riverside,
2  Orange, Ventura, Santa Barbara, and San Luis Obispo Counties,
3  California, into drains connected to publicly-owned treatment
4  works operated and maintained by local Sanitation Districts, in
5  violation of a federally-approved pretreatment standard.

COUNT TWO

[33 U.S.C. §§ 1311(a) and 1319(c)(1)(A)]

Between on or about January 1, 2004, through on or about December 31, 2004, in Los Angeles, San Bernardino, Riverside, Orange, Ventura, Santa Barbara, and San Luis Obispo Counties, within the Central District of California, defendant WAL-MART STORES, INC. negligently discharged pollutants, namely, corrosive and hazardous liquid wastes, from the premises of multiple retail stores located within Los Angeles, San Bernardino, Riverside, Orange, Ventura, Santa Barbara, and San Luis Obispo Counties, California, into drains connected to publicly-owned treatment works operated and maintained by local Sanitation Districts, in violation of a federally-approved pretreatment standard.

COUNT THREE

[33 U.S.C. §§ 1311(a) and 1319(c)(1)(A)]

Between on or about January 1, 2005, through on or about November 2, 2005, in Los Angeles, San Bernardino, Riverside, Orange, Ventura, Santa Barbara, and San Luis Obispo Counties, within the Central District of California, defendant WAL-MART STORES, INC. negligently discharged pollutants, namely, corrosive and hazardous liquid wastes, from the premises of multiple retail stores located within Los Angeles, San Bernardino, Riverside, Orange, Ventura, Santa Barbara, and San Luis Obispo Counties, California, into drains connected to publicly-owned treatment works operated and maintained by local Sanitation Districts, in violation of a federally-approved pretreatment standard.

ANDRÉ BIROTTE, JR.
United States Attorney

*/s/ R. Dugdale*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


JOSEPH O. JOHNS
Assistant United States Attorney
Chief, Environmental Crimes
Section

# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
# CRIMINAL DOCKET FOR CASE #: 2:13-cr-00353-URC All Defendants

Case title: USA v. Wal-Mart Stores, Inc.

Date Filed: 05/20/2013
Date Terminated: 05/20/2013

Assigned to: Judge CVRecovery Case CRStatistics Unassigned

## Defendant (1)

**Wal-Mart Stores, Inc.**
*TERMINATED: 05/20/2013*

| Pending Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Opening) | |
|---|---|
| None | |

| Terminated Counts | Disposition |
|---|---|
| 33:1311(a) and 1319(c)(1)(A): NEGLIGENT DISCHARGE OF POLLUTANTS INTO A PUBLICLY-OWNED TREATMENT WORKS (1-3) | Consent to Transfer Case to Northern District of California |

## Highest Offense Level (Terminated)

Misdemeanor

## Complaints

None

## Disposition

## Plaintiff

USA                  represented by **Joseph O Johns**
AUSA - Office of US Attorney

Criminal Division - US Courthouse
312 North Spring Street 13th Floor
Los Angeles, CA 90012-4700
213-894-4536
Fax: 213-894-4300
Email: USACAC.Criminal@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/20/2013 | 1 | INFORMATION filed as to Wal-Mart Stores, Inc. (1) count(s) 1-3. Offense occurred in LA. (mhe) (Entered: 05/21/2013) |
| 05/20/2013 | 2 | CASE SUMMARY filed by AUSA Joseph O Johns as to Defendant Wal-Mart Stores, Inc.; defendants Year of Birth: Corporation (mhe) (Entered: 05/21/2013) |

| 05/20/2013 | 3 | MEMORANDUM filed by Plaintiff USA as to Defendant Wal-Mart Stores, Inc. Re Magistrate Judge Jacqueline Chooljian, Magistrate Judge Patrick J. Walsh, Magistrate Judge Sheri Pym, Magistrate Judge Michael Wilner(mhe) (Entered: 05/21/2013) |
|---|---|---|
| 05/20/2013 | 4 | MEMORANDUM filed by Plaintiff USA as to Defendant Wal-Mart Stores, Inc.. This criminal action, being filed on 5/20/13, was not pending in the U. S. Attorneys Office before the date on which Judge Michael W. Fitzgerald began receiving criminal matters. (mhe) (Entered: 05/21/2013) |
| 05/20/2013 | 5 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Northern District of California. Counts closed as to Wal-Mart Stores, Inc. (1) Count 1-3. (mhe) (Entered: 05/22/2013) |
| 05/22/2013 |   | Notice to Northern District of California of a Rule 20 Consent to Transfer as to Defendant Wal-Mart Stores, Inc.. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 5 Rule 20 - Consent to Transfer Out. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (mhe) (Entered: 05/22/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/23/2013 08:50:52 | | | |
| PACER Login: | us4077 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:13-cr-00353-URC End date: 5/23/2013 |
| Billable | 2 | Cost: | 0.20 |

Case 3:13-cr-00232-JCS  Document 1  Filed 05/23/13  Page 9 of 9

| Pages: | | | |
|---|---|---|---|