# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL MINUTE ORDER

**CASE NO. 3:13-cr-0333-JCS-1**

**United States of America v. Wal-Mart Stores, Inc. (present, no custody)**
                                                            Defendant(s)

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY:** Karen Hom |
| **DATE:** May 28, 2013 | **COURT REPORTER:** FTR 9:43-10:05 |
| **U.S. ATTORNEY:** Stacey Geis & Joseph Johns | **DEFENSE COUNSEL:** Raymond Ludwiszewski, Tammy Stafford |
| **PRETRIAL:** Gelarah Farahmand | |

**Wal-Mart Corp Rep: Phyllis P. Harris, age 52**

FILED
MAY 28 2013
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROCEEDINGS:

1. <u>Initial Appearance</u> - Held. (9:43-9:45 - 2 M)
Court voir dired Mr. Ludwiszewski as to the corporate representative's authority to enter into a plea. Corporate secretary has signed an authorization authorizing Ms. Harris to appear on behalf of the corporation to enter a guilty plea to the charges and sign the plea agreement. Government is satisfied with the documentation. Court finds that Ms. Harris has authority to appear on behalf of Wal-Mart to enter a guilty plea, enter into plea agreement and accept sentence of the Court. Defendant advised of rights and charges.

2. <u>Arraignment</u> - Held (9:45-9:47 - 2 M).
Reading waived, substance stated. Parties Consented to Proceed before a Magistrate Judge in a Misdemeanor Case as this is a Class A Misdemeanor.

3. <u>Change of Plea</u> - Held (9:48-9:58 - 10 M)
Oath administered to Ms. Harris. Court voir dired Ms. Harris. Court finds that Ms. Harris is competent to enter into a plea. Ms. Harris plead guilty to counts 1-3 of the Class A Misdemeanor Information. Plea agreement is ordered filed.

4. <u>Judgment & Sentencing</u> - Held (9:58-10:05 - 7 M)
Parties stipulated to waiver of the pre-sentence report. Court has received a pre-sentence submission dated 5/21/13 which reflects accurate information to proceed with sentencing, therefore the pre-sentence report is waived.

Defendant is sentenced to unsupervised Probation for 2 years with following terms: Dft shall pay, in full, the monetary amounts set forth including fines and community service payments; and as a condition of probation, the Defendant shall comply with the requirements of the Consent Agreement & final order with the EPA, attached as Exhibit A and incorporated in the plea agreement and into this sentence. **SAF: $750.00 total due immediately** ($375.00 in case CR13-333-JCS and $375.00 in CR13-334 JCS). **FINE: $40,000,000.00** as to the six

counts of conviction. Fine shall be paid within seven (7) days of entry of judgment by wire transfer to the Clerk of the United States District Court in accordance with instructions to be provided by the USAOs.  **COMMUNITY SERVICE PAYMENTS: $20,000,000.00** pursuant to §8B1.3 of the Federal Sentencing Guidelines. Payments are to be paid within fourteen (14) days of entry of judgment. Payments shall be distributed as set forth in paragraph 19 of the plea agreement.

---

**Case continued to for Further Status.**
**Case continued to for Motions/Pretrial.**
    [Motion(s) due: Response(s) due: Reply(s) due:.]
**Case continued to for Trial.  Court/Jury:  day(s).**
**Case continued to for Change of Plea.**
**Case continued to for Probation/SR Violation Hearing.**
**Case continued to for Judgment & Sentencing.**
    [()Referred to the U.S. Probation Officer for preparation of a Pre-Sentence Report.]
**Case continued to:**

cc: JCS