AO 245E (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT

NORTEHRN District of CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | (For Organizational Defendants) |
| WAL-MART, INC. | CASE NUMBER: 3:13-CR-0333-JCS-1 AND 3:13-CR-0334-JCS-1 |
| | Raymond Ludwiszewski and Tammy Stafford |
| | Defendant Organization's Attorney |

**THE DEFENDANT ORGANIZATION:**

☒ pleaded guilty to count(s) 1-3 of the Class A Misd. Information in 3:13-cr-0333 JCS and Counts 1-3 of the Class A Misd. Information in 3:13-cr-0334 JCS

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 33 U.S.C. 1311(a) and 1319 (c)(1)(A) | Negligent Discharge of a Pollutant | 12/31/2003 | (1) in CR13-333 JCS |
| 33 U.S.C. 1311 (a) and 1319 (c)(1)(A) | Negligent Discharge of a Pollutant | 12/31/2004 | (2) in CR13-333 JCS |
| 33 U.S.C. 1311 (a) and 1319 (c)(1)(A) | Negligent Discharge of a Pollutant | 11/2/2005 | (3) in CR13-333 JCS |

The defendant organization is sentenced as provided in pages 2 through _____ of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.: _____

Defendant Organization's Principal Business Address:

_____

_____

_____

Defendant Organization's Mailing Address:

_____

5/28/2013
Date of Imposition of Judgment

_____
Signature of Judge

Joseph C. Spero, United States Magistrate Judge
Name and Title of Judge

6/4/13
Date

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1A

Judgment—Page 2 of 7

DEFENDANT ORGANIZATION: USA v. WAL-MART
CASE NUMBER: 3:13-CR-0333-JCS-1 and 3:13-CR-0334-JCS-1

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 33 U.S.C. 1311(a) and 1319 (c)(1)(A) | Negligent Discharge of a Pollutant | 12/31/2003 | (1) in CR13-334 JCS |
| 33 U.S.C. 1311 (a) and 1319 (c)(1)(A) | Negligent Discharge of a Pollutant | 12/31/2004 | (2) in CR13-334 JCS |
| 33 U.S.C. 1311 (a) and 1319 (c)(1)(A) | Negligent Discharge of a Pollutant | 12/31/2005 | (3) in CR13-334 JCS |

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2 — Probation

Judgment—Page 3 of 7

DEFENDANT ORGANIZATION:    USA v. WAL-MART, INC.
CASE NUMBER:    3:13-CR-0333-JCS-1 AND 3:13-CR-0334-JCS-1

# PROBATION

The defendant organization is hereby sentenced to probation for a term of:
Unsupervised Probation for two (2) years.

AO 245E (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 2A — Probation

Judgment—Page 4 of 9

DEFENDANT ORGANIZATION: USA v. WAL-MART, INC.
CASE NUMBER: 3:13-CR-0333-JCS-1 AND 3:13-CR-0334-JCS-1

## ADDITIONAL PROBATION TERMS

1. Payment in full of the monetary amounts set forth herein, including all special assessments, fines, and community service payments.

2. As provided by U.S.S.G subsection 8B2.1, as a condition of probation, the defendant will comply with the requirements of the Consent Agreement and Final Order ("CAFO") with the EPA, which is attached as Exhibit A to the Plea Agreement.

AO 245E (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 3 — Criminal Monetary Penalties

Judgment — Page **5** of **7**

DEFENDANT ORGANIZATION:
CASE NUMBER:

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|        | **Assessment** | **Fine**       | **Restitution** |
|--------|----------------|----------------|-----------------|
| TOTALS | $ 750.00       | $ 40000000.00  | $ ***           |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|-----------------|-------------------------|----------------------------|
|                   |                 |                         |                            |

TOTALS $ _____ $ _____

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:
  ☐ the interest requirement is waived for  ☐ fine  ☐ restitution.
  ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
            Sheet 3A — Criminal Monetary Penalties

Judgment — Page 6 of 7

DEFENDANT ORGANIZATION:     USA v. WAL-MART, INC.
CASE NUMBER:     3:13-cr-0333-JCS-1 and 3:13-cr-0334-JCS-1

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

\*\*\* In addition to the Fine, Defendant shall make community service payments in the amount of $20,000,000.00 to be paid within fourteen (14) days of entry of judgment. See Exhibit A, attached to this Judgment, for a distribution of Community Service Payments.

The Fine of $40,000,000.00 shall be paid within seven (7) days of entry of this judgment by wire transfer to the Clerk of the United States District Court.

AO 245E (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 4 — Schedule of Payments

Judgment — Page 7 of 7

DEFENDANT ORGANIZATION: USA v. WAL-MART, INC.
CASE NUMBER: 3:13-cr-0333-JCS-1 and 3:13-cr-0334-JCS-1

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☒ Lump sum payment of $ 750.00 due immediately, balance due

    ☐ not later than _____, or
    ☐ in accordance with ☐ C or ☐ D below; or

B ☐ Payment to begin immediately (may be combined with ☐ C or ☐ D below); or

C ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☒ Special instructions regarding the payment of criminal monetary penalties:

    Fine amount of $40,000,000.00 shall be paid within seven (7) days from the entry of judgment by wire transfer to the Clerk's Office of the United States District Court.

    Community Service payments of $20,000,000.00 shall be paid within fourteen (14) days from the entry of judgment. See Exhibit A, for distribution of payments.

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant organization shall pay the cost of prosecution.

☐ The defendant organization shall pay the following court cost(s):

☐ The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

USA V. WAL-MART, INC.
3:13-CR-0333-JCS AND 3:13-CR-0334-JCS
COMMUNITY SERVICE PAYMENTS
EXHIBIT A

19. The parties agree that defendant shall pay Twenty Million Dollars ($20,000,000.00) as set forth in Paragraph 15 for the explicit purpose of defendant performing community service pursuant to §8B1.3 of the Federal Sentencing Guidelines and in furtherance of the sentencing principles provided for under Title 18, United States Code, Section 3553(a). The explicit goal of defendant's required community service is to fund environmental projects, enforcement efforts, and initiatives designed for the enforcement of environmental and public safety regulations, and the benefit, preservation, and restoration of the environment and ecosystems in the Central and Northern Districts of California, and communities throughout the United States of America. These projects and initiatives are to include, but are not limited to, the following: monitoring, study, restoration, and preservation of fish, wildlife, and plant resources; monitoring, study, clean up, remediation, sampling, and analysis of pollution and other threats to the environment and ecosystem; research, study, training, planning, repair, maintenance, education, and public outreach relating to the environment and ecosystem; training and education of the retail industry regarding compliance with environmental regulations; and enforcement of environmental, public safety, and wildlife protection laws, including the training of local, state, and federal investigators, inspectors, and other personnel engaged in such efforts. Accordingly, defendant agrees that within fourteen days of the entry of judgment, defendant shall pay a total of $20,000,000.00 as follows:

   a. Six Million Dollars ($6,000,000.00) payable to an escrow account, administered by the National Fish and Wildlife Foundation, to be distributed as required during the term of probation to fund the creation and operation of the Retail Compliance Assistance Center ("RCAC") for a period of five years. The purpose of this community service project is to establish and support a RCAC to offer practical, useful, and timely compliance assistance to all retailers through a web based program and other resources. This assistance will be available and applicable to all retailers, both large and small, and will be directed at providing guidance to assist in ensuring day-to-day environmental compliance as well as promoting best management practices with regard to recycling and other sustainable uses for retail items. A detailed discussion of the requirements, parameters, budget, schedules, goals, and objectives, of the RCAC community service project are set forth in Appendix 1, and fully incorporated herein.

   b. One Million Five Hundred Thousand Dollars ($1,500,000.00) to be paid directly to the United States' four Regional Environmental Enforcement Associations ("Regional Associations"). The Regional Associations are alliances of regulatory and law enforcement agencies from 46 States, two United States Territories and four Canadian Provinces. The Regional Associations promote the effective enforcement of state and local environmental statutes and regulations, with a strong emphasis on criminal enforcement. Members include state environmental regulatory agencies, attorneys general offices, law enforcement agencies and local prosecutor organizations. The Regional

Associations provide state and local environmental enforcement professionals with a forum for training and networking, and with formal mechanisms for the exchange of information. These community service payments shall be paid in the following amounts and for the stated purpose:

1) **Western States Project**: within fourteen days of entry of judgment, defendant shall provide Three Hundred Seventy-Five Thousand Dollars ($375,000.00) to the Western States Project ("WSP"). This community service payment shall be utilized by the WSP to further its programmatic missions during the next five to ten years, including, but not limited to, the funding of scholarships for its annual training courses, such as the Basic Environmental Investigation Course that focuses upon the investigation and detection of violations of the federal Clean Water Act, Resource Conservation and Recovery Act, Hazardous Materials Transportation Statute, and their state analogs or equivalents. Scholarships include such expenses as conference registration, travel, food and lodging, and incidentals. The payment shall be made payable to the "Western States Project Training Fund," taxpayer identification number 86-1044559, with a notation of the court docket number herein. The payment shall be delivered to Lynn Cassidy, Executive Director, Western States Project, 1110 W. Washington, Ste. 367, Phoenix, AZ 85007.

2) **Midwest Environmental Enforcement Association**: within fourteen days of entry of judgment, defendant shall provide Three Hundred Seventy-Five Thousand Dollars ($375,000.00) to the Midwest Environmental Enforcement Association ("MEEA"). This community service payment shall be utilized by MEEA to further its programmatic missions during the next five to ten years, including, but not limited to, the funding of scholarships for its annual training courses, such as the Basic Environmental Investigation Course that focuses upon the investigation and detection of violations of the federal Clean Water Act, Resource Conservation and Recovery Act, Hazardous Materials Transportation Statute, and their state analogs or equivalents. Scholarships include such expenses as conference registration, travel, food and lodging, and incidentals. The payment shall be made payable to the "Midwest Environmental Enforcement Association," taxpayer identification number 36-3696349, with a notation of the court docket number herein. The payment shall be delivered to Jim Triner, Executive Director, Midwest Environmental Enforcement Association, 525 S. Tyler Rd, Unit N-1B, St. Charles, IL 60174.

3) **Southern Environmental Enforcement Network**: within fourteen days of entry of judgment, defendant shall provide Three Hundred Seventy-Five Thousand Dollars ($375,000.00) to the Southern Environmental Enforcement Network ("SEEN"). This community service payment shall be utilized by SEEN to further its programmatic missions during the next five to ten years, including, but not limited to, the funding of scholarships for its annual training courses, such as the Basic Environmental Investigation Course that focuses upon the investigation and detection of violations of the federal Clean Water Act, Resource Conservation and Recovery Act, Hazardous Materials Transportation Statute, and their state analogs or

equivalents. Scholarships include such expenses as conference registration, travel, food and lodging, and incidentals. The payment shall be made payable to the "Southern Environmental Enforcement Training Fund, Inc." taxpayer identification number 20-8281893, with a notation of the court docket number herein. The payment shall be delivered to Geary Allen, ExecutiveDirector, Southern Environmental Enforcement Network, 5330 Stadium Trace Parkway, Ste. 240, Birmingham, AL 35209.

4) **Northeast Environmental Enforcement Project**: within fourteen days of entry of judgment, defendant shall provide Three Hundred Seventy-Five Thousand Dollars ($375,000.00) to the Northeast Environmental Enforcement Project ("NEEP"). This community service payment shall be utilized by NEEP to further its programmatic missions during the next five to ten years, including, but not limited to, the funding of scholarships for its annual training courses, such as the Basic Environmental Investigation Course that focuses upon the investigation and detection of violations of the federal Clean Water Act, Resource Conservation and Recovery Act, Hazardous Materials Transportation Statute, and their state analogs or equivalents. Scholarships include such expenses as conference registration, travel, food and lodging, and incidentals. The payment shall be made payable to the "Northeast Environmental Enforcement Project" taxpayer identification number 21-6000928, with a notation of the court docket number herein. The payment shall be delivered to Connie Morder, Northeast Environmental Enforcement Project, 25 Market Street, 5th Floor West Wing, P.O. Box 101, Trenton, NJ 08625.

c. Three Million Five Hundred Thousand Dollars ($3,500,000.00) to be paid to the National Fish and Wildlife Foundation ("NFWF") to develop, fund, and provide scholarships for three to six Advanced Environmental Crimes Training Program ("AECTP") courses per year until the funds are depleted. NFWF is a charitable and nonprofit corporation established pursuant to 20 U.S.C. § 5509. The AECTP course shall be developed and administered by the United States four Regional Environmental Enforcement Associations ("Regional Associations") to provide classroom and practical instruction to state and local environmental enforcement inspectors and investigators throughout the United States for advanced investigation strategies and techniques for application in the investigation of environmental crimes, including violations of the federal Clean Air Act, Resource Conservation and Recovery Act, Hazardous Materials Transportation Statute, Clean Water Act, Federal Insecticide, Fungicide and Rodenticide Act, and equivalent delegated state enforcement programs. A detailed discussion of the requirements, parameters, budget, schedules, goals, and objectives, of the AECTP community service project are set forth in Appendix 2, and fully incorporated herein. The payment shall be made payable to the "National Fish and Wildlife Foundation," taxpayer identification number 52 138 4139, with a notation of the court docket number herein. The payment shall be delivered to NFWF's headquarters' office at 1133 15th Street, N.W., Suite 1100, Washington, D.C. 20005 to the attention of the Chief Financial Officer. If the payment is to be deposited with NFWF via electronic funds transfer, the defendant shall be remit the payment in accordance with wiring instructions provided in writing by

NFWF prior to the transfer.

d. Four Million Five Hundred Thousand Dollars ($4,500,000.00) to be paid to the National Fish and Wildlife Foundation ("NFWF") for the explicit goal of funding environmental projects, initiatives, and enforcement activities designed for the benefit, preservation, and restoration of the environment, watersheds, and ecosystems in the Central District of California. The funds shall be managed as an endowment or a quasi-endowment designed to provide long-term funding for projects, initiatives, and activities as set forth above. The payment shall be made by way of cashier's check, or equivalent, and made payable to the NFWF. The payment shall be made payable to the "National Fish and Wildlife Foundation," taxpayer identification number 52 138 4139, with a notation of the court docket number herein. The payment shall be delivered to NFWF's headquarters' office at 1133 15th Street, N.W., Suite 1100, Washington, D.C. 20005 to the attention of the Chief Financial Officer. If the payment is to be deposited with NFWF via electronic funds transfer, the defendant shall be remit the payment in accordance with wiring instructions provided in writing by NFWF prior to the transfer.

e. Four Million Five Hundred Thousand Dollars ($4,500,000.00) to be paid to the National Fish and Wildlife Foundation ("NFWF") for the explicit goal of funding environmental projects, initiatives, and enforcement activities designed for the benefit, preservation, and restoration of the environment, watersheds, and ecosystems in the Northern District of California. The funds shall be managed as an endowment or a quasi-endowment designed to provide long-term funding for projects, initiatives, and activities as set forth above. The payment shall be made by way of cashier's check, or equivalent, and made payable to the NFWF. The payment shall be made payable to the "National Fish and Wildlife Foundation," taxpayer identification number 52 138 4139, with a notation of the court docket number herein. The payment shall be delivered to NFWF's headquarters' office at 1133 15th Street, N.W., Suite 1100, Washington, D.C. 20005 to the attention of the Chief Financial Officer. If the payment is to be deposited with NFWF via electronic funds transfer, the defendant shall be remit the payment in accordance with wiring instructions provided in writing by NFWF prior to the transfer.